**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARIE VERONICA MARKING**                                        **PLAINTIFF**

**v.**                               **CASE NO. 4:24-CV-00610-BSM**

**COSTCO WHOLESALE CORPORATION**                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE